**TORRES | TORRES AND ASSOCIATES**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
TERRY MONTGOMERY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TERRY MONTGOMERY,<br><br>　　　　Defendant | Case No.: 19-PO-0287 JLT<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, TERRY MONTGOMERY, hereby waives his appearance in person in open court upon the initial appearance regarding the CVB citation set for Tuesday, November 5, 2019 of the above entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, ALEKXIA TORRES STALLINGS.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: November 4, 2019　　　　　　　　　　　　　　*/s/Terry Montgomery*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　TERRY MONTGOMERY


Date: November 4, 2019　　　　　　　　　　　　　　*/s/Alekxia Torres Stallings*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ALEKXIA TORRES STALLINGS
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant, Terry Montgomery, is hereby excused from appearing at this court hearing scheduled for Tuesday, November 5, 2019.

IT IS SO ORDERED.

Dated: __**November 4, 2019**__   _____**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE